UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

vs.

      Criminal No. 23-cr-20676

      Hon. Thomas L. Ludington

D-1 Jeffrey Bartlett

      Defendant.
_____/

<b><u>DEFENDANT'S ACKNOWLEDGMENT OF
SUPERSEDING INDICTMENT</u></b>

      I, Jeffrey Bartlett, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

      I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1 - 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud, and counts 3 through 15 - 18 U.S.C. §§ 1343, 2 - Wire Fraud, Aiding and Abetting: Up to 20 years and $250,000 fine.

Count 2 - 18 U.S.C. § 371, Conspiracy to Defraud the United States: Up to 5 years and $250,000 fine.

      I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

                                                     */s/ Jeffrey Bartlett*
                                                     Jeffrey Bartlett
                                                     Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Josh Blanchard
Counsel for Defendant

Dated: