# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff, | Case No. 1:23-cr-20676 |
| v. | Thomas L. Ludington<br>United States District Judge |
| ANDREW SEMENCHUK,<br>　　　　　Defendant. | |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, pursuant to LCrR 57.1, that Daniel L. Gerdts may appear in place and stead of Gary K. Springstead, Nicole E. Springstead-Stolte, and Clinton W. Westbrook as attorney for the Defendant, Andrew Semenchuk.

| | |
|---|---|
| /s/ *Daniel L. Gerdts with permission*<br>DANIEL L. GERDTS<br>331 Second Avenue South<br>Suite 705<br>Minneapolis, Minnesota 55401<br>(612) 800-5086<br>Email: daniel@danielgerdtslaw.com | /s/ *Gary K. Springstead*<br>GARY K. SPRINGSTEAD (P59726)<br>SBBL LAW, PLLC<br>Attorneys for the Defendant<br>28 W. Main Street<br>Fremont, MI  49412<br>(231) 924-8700<br>Email:  gary@sbbllaw.com |
| /s/ *Nicole Springstead-Stolte*<br>NICOLE E. SPRINGSTEAD-STOLTE<br>SBBL LAW, PLLC<br>60 Monroe Center NW<br>Suite 500<br>Grand Rapids, MI 49503<br>(616) 458-5500<br>Email: Nicole@sbbllaw.com | /s/ *Clinton W. Westbrook*<br>CLINTON W. WESTBROOK<br>SBBL LAW, PLLC<br>60 Monroe Center NW<br>Suite 500<br>Grand Rapids, MI 49503<br>(616) 458-5500<br>email: clint@sbbllaw.com |

DATED: April 23, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW SEMENCHUK,

    Defendants.
_____/

Case No. 1:23-cr-20676-2

Honorable Thomas L. Ludington
United States District Judge

**ORDER GRANTING STIPULATION TO SUBSTITUTE DEFENDANT'S COUNSEL**

On April 23, 2024, Attorney Daniel L. Gerdts appeared on behalf of Defendant Andrew Semenchuk in the above-captioned case. ECF No. 73. Accordingly, Defendant filed the attached Stipulation and Proposed Order seeking to substitute Attorney Gerdts in place of Defendant's Counsel of record: Attorneys Clinton W. Westbrook, Gary K. Springstead, and Nicole Springstead-Stolte. But the Stipulation was not signed by Defendant and did not indicate whether Attorney Gerdts had consulted with Attorneys Westbrook, Springstead, and Springstead-Stolte about discovery or the tentative trial schedule. See ECF Nos. 60; 71. So, this Court requested Attorney Gerdts to attend an already-scheduled virtual status conference and took the attached Stipulation under advisement in the meantime. ECF No. 74.

On May 7, 2024, Attorneys Springstead, Springstead-Stolte, and Gerdts appeared at the status conference along with Counsel for Codefendants and the Government. Attorney Gerdts indicated he had no concerns with the tentative trial schedule, and Government Counsel indicated they would be meeting with Attorney Gerdts to tender the discovery materials the Government has provided to the Codefendants in the above-captioned case.

- 3 -

Accordingly, it is **ORDERED** that the attached Stipulation for Substitution of Defendant Semenchuk's Counsel is **GRANTED.**

Further, it is **ORDERED** that Attorney Daniel L. Gerdts will be **SUBSTITUTED** for Attorneys Clinton W. Westbrook, Gary K. Springstead, and Nicole Springstead-Stolte as Counsel for Defendant Andrew Semenchuk.

Further, it is **ORDERED** that Attorneys Clinton W. Westbrook, Gary K. Springstead, and Nicole Springstead-Stolte will be **REMOVED** as counsel for Defendant Semenchuk and will no longer receive notice of electronic filings in this case.

**This is not a final order and does not close the above-captioned case.**

Dated: May 8, 2024                              s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge