UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. 23-cr-20676
                                    Hon. Thomas L. Ludington

BRIAN BARTLETT,

        Defendant.
_____

**Stipulation and Order for Extension of Time
to File Reply to Response to Motion to Suppress**
_____

The United States and the Defendant Brian Bartlett hereby stipulate to an extension of time to file the Reply to the Response to the Motion to Suppress (ECF No. 88) to August 23, 2024, and further stipulate that the Reply shall not exceed 20 pages.

Dated: August 9, 2024

| | |
|---|---|
| s/William J. Vailliencourt, Jr. | s/Karen L. Reynolds |
| (with consent) | (with consent) |
| Assistant United States Attorney | Assistant United States Attorney |
| 211 W. Fort St., Suite 2001 | 211 W. Fort St., Suite 2001 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9626 | 313-226-900 |
| William.Vailliencourt@usdoj.gov | karen.reynolds@usdoj.gov |

s/Thomas Patrick Martin
(with consent)
Assistant United States Attorney
211 W. Fort Street
Ste 2001
Detroit, MI 48226
313-226-9168
Thomas.Martin@usdoj.gov

s/James W. Amberg
Attorney for D-4, Brian Bartlett
645 Griswold St, Suite 1717
Detroit, MI 48226-4113
313-967-0100
jamberg@amberglaw.com

s/Mark Kriger
Attorney for D-4, Brian Bartlett
645 Griswold St, Suite 1717
Detroit, MI 48226-4113
313-967-0100
mkriger@sbcglobal.net

**IT IS SO ORDERED.**

Dated: August 12, 2024                              s/Thomas L. Ludington
                                                    THOMAS L. LUDINGTON
                                                    United States District Judge