## **Declaration of Adam Ball**

I, Adam Ball, declare as follows:

1. On July 25th, 2019, I was at work in the SSI office located in Standish, Michigan;

2. On that date the FBI executed a search warrant for the SSI office located in Standish, Michigan;

3. FBI agents asked everyone to present identification. Several employees were allowed to leave after showing their identification;

4. An agent approached me and said, "are you Adam Ball?" When I confirmed my identity, they said they needed to interview me, and asked me if there was a quieter place to hold the interview;

5. I showed the agents my office, and they proceeded to begin to interview me;

6. At the beginning of the interview, the agents told me to either turn my phone off, or put it into "airplane mode";

7. When I entered my office with the agents, Agent Larson shut the office door and sat between me and the office door;

8. I was then interviewed by Special Agent Steven Larson, Special Agent Douglas Smith and Brian Butler (who came in partially through the interview);

9. I felt if I did not cooperate I would be arrested;

10. During my interview with the Special Agents, I was not read my Miranda Rights by any of the agents present.

Pursuant to 28. U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Adam Ball