# Exhibit J

SSI Minutes Adopting Amended Bylaws

## WAIVER OF NOTICE OF SPECIAL JOINT SHAREHOLDER DIRECTORS MEETING OF:

## SURVEYING SOLUTIONS INC.

We, the undersigned, being all the shareholders and Director of the named corporation, consent and agree that the joint meeting of the shareholders and directors held on October 31, 2012, at 10:00 a.m. ,held at 4471 M-61 Standish, Michigan.

We do hereby waive all notice whatsoever of a meeting.

We do further consent and agree that any and all business may be transacted at the meeting as any Shareholder or Director presents. Any business transacted at the meeting, shall be as valid and legal and of the same force and effect as if the meeting were held after a notice.

_____  10/31/12
Andrew W. Semenchuk (Shareholder)    Date

_____  10/31/12
Jeffrey D. Bartlett (Shareholder)    Date

_____  10/31/12
Jennifer E. Defenderfer (Shareholder)    Date

_____  10/31/12
Andrew Semenchuk (Director)    Date

## Surveying Solutions, Inc.

## Joint Share Holder and Directors Meeting

### October 31. 2012

A meeting of the shareholders of Surveying Solutions, Inc. was held at the corporate office. Notice was given to shareholders, a copy of which is attached. Of the 10,000 shares issued and outstanding and entitled to vote, 10,000 shares were present in person or by proxy.

The following shareholders/directors were present in person:

Andrew Semenchuk

Jeffrey Bartlett

Jennifer Defenderfer

The following actions were taken:

• Adoption of amended Corporate Bylaws: The amended Bylaws presented by Mr. Semenchuk at the meeting were adopted after review and discussion. The Bylaws presented would supersede all previous Bylaws and amendments on the date of adoption October 31, 2012

• Transfer of SSI stock held by majority shareholder Geo Precision Services, Inc. (GEO) to GEOs sole shareholder, Mr. Andrew W. Semenchuk. Mr. Andrew Semenchuk as the representative of GEO is also the sole shareholder of GEO stock. Upon the dissolution of GEO, the sole owner of GEO, Mr. Semenchuk, an Individual, will become the owner of SSI stock held in GEO's name. In order to reflect properly on the corporate books, Mr. Semenchuk will surrender 5100 shares of SSI stock in GEO's name to SSI; SSI will immediately re-issue the 5100 shares of SSI stock in the name of Andrew W. Semenchuk, an individual.

The following person was elected to serve as Sole Director until the next annual shareholders meeting or until their successors are elected and take office:

• Mr. Semenchuk, by vote of the majority shares held is elected as Sole Director of SSI.

The Board of Directors comprised of a Sole Director, Mr. Semenchuk, elected Mr. Andrew Semenchuk to continue as President and Treasurer of SSI and elects Mr. Jeff Bartlett to continue as Vice President and Secretary.

The meeting adjourned.

_Jeffrey D. Bartlett Secretary_

Shareholders and Director Present at the SSI Joint Share Holder and Directors Meeting held on 10/31/2012.

SHAREHOLDERS:

Signature: _____

Printed Name: Andrew W. Semenchuk

Signature: _____

Printed Name: Jeffrey D. Bartlett

Signature: _____

Printed Name: Jennifer E. Defenderfer

Sole DIRECTOR: Andrew W. Semenchuk

Signature: _____