UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-5 ANTHONY THELEN,

        Defendant.

Case No. 1:23-CR-20676

The Honorable Thomas Ludington
United States District Judge

### ORDER GRANTING GOVERNMENT'S MOTION TO SEAL

On May 27, 2025, the Government filed a motion to seal certain exhibits it will attach to its response to Defendant Anthony Thelen's Motion to Compel Codefendant Statements, ECF No. 207. ECF No. 228. As explained, the exhibits sought to be sealed "contain inculpatory statements by certain [D]efendants" and may "prejudice [their] right to a fair trial if posted on the public docket." *Id.* at PageID.2436. The Government further avers that it will request that the exhibits be unsealed after trial concludes. *Id.* Having reviewed the Government's Motion, finding good cause, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Government's Motion to Seal, ECF No. 228, is **GRANTED.**

Further, it is **ORDERED** that the Government is **DIRECTED** to file under seal its aforementioned exhibits in support of its Response to Defendant Thelen's Motion to Compel, ECF No. 207. The Government is also **DIRECTED** to file a motion to unseal these exhibits after the above-captioned case concludes.

**This is not a final order and does not conclude the above-captioned case.**

Dated: May 30, 2025

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge