UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

UNITED STATES OF AMERICA,

            Plaintiff,         No. 1:23-cr-20676-TLL

vs.                                  Hon. Thomas L. Ludington

ANTHONY THELEN,

            Defendant.

---

### DEFENDANT'S CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE

---

NOW COMES the defendant, Anthony Thelen, and hereby acknowledges the following:

1. The Magistrate Judge has explained to me the charges pending against me and the possible penalties I face upon conviction. I understand the charges and the possible penalties.

2. I have the right to have all proceedings, including the plea hearing, conducted by the District Judge assigned to this case. The Magistrate Judge may conduct the plea hearing with my consent and the consent of my attorney and the Assistant United States Attorney.

Understanding all my rights, I hereby consent to have the Magistrate Judge preside over the guilty plea hearing and give up my right to proceed before the District Judge. I understand that the District Judge will accept or reject the plea, accept or reject the plea agreement, and will impose sentence. I give my consent to this procedure freely and voluntarily

Date: July 8, 2025

_____
Karen L. Reynolds
Thomas P. Martin
Assistant United States Attorneys

_____
Anthony D. Thelen

_____
Charles E. Chamberlain, Jr.