# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

CASE NO. 23-cr-20676

v.

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE KIMBERLY ALTMAN.

1 - JEFFREY BARTLETT,
2 – ANDREW SEMENCHUK,
4 – BRIAN BARTLETT,

    *Defendants.*

_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

Pursuant to the Defendant's consent, **IT IS ORDERED** that this case is referred to United States Magistrate Judge Kimberly Altman for the following purposes:

1. To conduct a plea hearing pursuant to FED. R. CRIM. P. 11.

2. To issue a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3), making the following findings:

    A.    whether the Defendant is competent to enter a plea;

    B.    whether the Defendant knowingly and voluntarily wishes to enter a plea to the charge(s);

    C.    whether the Defendant understands the charge(s);

    D.    whether there exists a factual basis for the charge(s); and

    E.    whether the Court should accept the plea of guilty.

Dated: July 14, 2025

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge