# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

UNITED STATES OF AMERICA,

      *Plaintiff,*

                           CASE NO. 23-cr-20676-3

*v.*                          DISTRICT JUDGE THOMAS L. LUDINGTON
                                 MAGISTRATE JUDGE PATRICIA T. MORRIS

ADAM BALL,

      *Defendant.*

_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

Pursuant to the Defendant's consent, **IT IS ORDERED** that this case is referred to United States Magistrate Judge Patricia T. Morris for the following purposes:

1.    To conduct a plea hearing pursuant to FED. R. CRIM. P. 11.

2.    To issue a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3), making the following findings:

    A.    whether the Defendant is competent to enter a plea;

    B.    whether the Defendant knowingly and voluntarily wishes to enter a plea to the charge(s);

    C.    whether the Defendant understands the charge(s);

    D.    whether there exists a factual basis for the charge(s); and

    E.    whether the Court should accept the plea of guilty.

Dated: July 14, 2025                 s/Thomas L. Ludington_____
                                      THOMAS L. LUDINGTON
                                      United States District Judge