UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.                                                    Case No. 1:23–cr–20676–TLL–PTM
                                                      Hon. Thomas L. Ludington

Anthony Thelen, et al.,

        Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Anthony Thelen

The defendant(s) shall appear before Magistrate Judge Patricia T. Morris at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan, for the following proceeding(s):

- PLEA HEARING:  July 30, 2025 at 04:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: <u>s/K Castaneda</u>
                                                              Case Manager

Dated:  July 17, 2025