UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                          Case No. 1:23–cr–20676–TLL–PTM
                                              Hon. Thomas L. Ludington

Andrew Semenchuk, et al.,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Andrew Semenchuk

The defendant(s) shall appear before Magistrate Judge Kimberly G. Altman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 602, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  July 28, 2025 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/Drunetta J Jennings
                                                         Case Manager

Dated:  July 21, 2025