UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                          Case No. 1:23–cr–20676–TLL–PTM
                                              Hon. Thomas L. Ludington

Adam Ball, et al.,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Adam Ball

The defendant(s) shall appear before Magistrate Judge Patricia T. Morris at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan, for the following proceeding(s):

- PLEA HEARING: July 30, 2025 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                              By: s/K Castaneda
                                                                    Case Manager

Dated: July 21, 2025