UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.

Brian Bartlett, et al.,

        Defendant(s),

Case No. 1:23–cr–20676–TLL–PTM
Hon. Thomas L. Ludington

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Brian Bartlett

The defendant(s) shall appear before Magistrate Judge Kimberly G. Altman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 602, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  July 28, 2025 at 02:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Drunetta J Jennings
Case Manager

Dated:  July 25, 2025