# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

JEFFREY BARTLETT,

       Defendant.

_____/

Case No.: 1:23-CR-20676 01
Hon. Thomas L. Ludington
Magistrate Judge Patricia T. Morris
Magistrate Judge Kimberly G. Altman

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

| **Add the following AUSA(s):** | **Terminate the following AUSA(s):** |
|---|---|
| Name: Jessica A. Nathan<br>Bar ID: (TX 24090291)<br>Telephone: (313) 226-9643<br>Email: jessica.nathan@usdoj.gov | Name: NONE |

                       JEROME F. GORGON JR.
                       United States Attorney

              By: /s/ Jessica A. Nathan
                   JESSICA A. NATHAN
                   Assistant United States Attorney
                   211 W. Fort Street, Suite 2001
                   Detroit, MI 48226
                   Telephone: (313) 226-9643
                   Email: jessica.nathan@usdoj.gov

Dated: July 28, 2025                Bar ID: (TX 24090291)