UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                    Plaintiff,

v.                                              Case No. 1:23–cr–20676–TLL–PTM
                                                Hon. Thomas L. Ludington
Adam Ball, et al.,

                    Defendant(s),

_____

**NOTICE TO APPEAR**

   The following defendant(s) are hereby notified to appear:  Adam Ball

   The defendant(s) shall appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Room 206, Bay City, Michigan, for the following proceeding(s):

   • SENTENCING:  November 20, 2025 at 11:00 AM


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/K Winslow_____
                                            Case Manager

Dated:   July 30, 2025