UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                                                       Case No. 1:23–cr–20676–TLL–PTM
                                                       Hon. Thomas L. Ludington

Anthony Thelen, et al.,

          Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Anthony Thelen

The defendant(s) shall appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Room 206, Bay City, Michigan, for the following proceeding(s):

- SENTENCING: November 20, 2025 at 04:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/K Winslow
                                                                Case Manager

Dated: July 30, 2025