UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY BARTLETT,

    Defendant.
_____/

Case No. 1:23-cr-20676-1

Honorable Thomas L. Ludington
United States District Judge

Honorable Kimberly G. Altman
United States Magistrate Judge

**ORDER GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO DEPOSIT RESTITUTION PAYMENTS INTO THE REGISTRY OF THE COURT**

On July 18, 2025, Defendant Jeffrey Bartlett consented to enter a guilty plea before a magistrate judge. ECF No. 259. His plea hearing was scheduled before Magistrate Judge Kimberly G. Altman on July 28, 2025. The Parties filed their Rule 11 Plea Agreement, ECF No. 270, that same day. Among other things, Defendant agreed to pay $914,360.00 in restitution "to the victim, Michigan Department of Transportation." *Id.* at PageID.3064.

Defendant seeks to satisfy this restitution obligation by making "one or more installment payments by check . . . prior to sentencing." ECF No. 272 at PageID.3085. So, on July 28, 2025, the Government filed an unopposed motion seeking an order allowing Defendant to deposit these payments "with the Clerk of Court to be held, and thereafter distributed pursuant to a restitution Order or other Order of this Court." *Id.*

Having reviewed the Government's unopposed Motion, finding good cause, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Government's Unopposed Motion to Deposit Funds into the Registry of the Court, ECF No. 272, is **GRANTED.**

- 2 -

Further, it is **ORDERED** that the Clerk of Court is **DIRECTED** to take receipt of any such restitution payment tendered by Defendant Jeffrey Bartlett or his representative and deposit the funds into the Court Registry until further order of this Court.

Dated: July 30, 2025                                                s/Thomas L. Ludington
                                                                    THOMAS L. LUDINGTON
                                                                    United States District Judge