UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                       Case No. 1:23-cv-20676-05

v.                                                  Honorable Thomas L. Ludington
                                                      United States District Judge

ANTHONY THELEN,

       Defendant.
_____/

**ORDER GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO DEPOSIT RESTITUTION PAYMENTS INTO THE REGISTRY OF THE COURT**

On July 09, 2025, Defendant Anthony Thelen consented to enter a guilty plea before a magistrate judge. ECF No. 251. His plea hearing was scheduled before Magistrate Judge Kimberly G. Altman on July 30, 2025. That same day, the Parties filed their Rule 11 Plea Agreement. ECF No. 278. Among other things, Defendant agreed to pay $914,360.00 in restitution "to the victim, Michigan Department of Transportation." *Id.* at PageID.3133.

The Government seeks to satisfy this restitution obligation by having Defendant make "one or more installment payments by check or other tender." ECF No. 293 at PageID.3216. On October 6, 2025, the Government filed an unopposed Motion seeking an order allowing Defendant to deposit these payments "with the Clerk of Court to be held, and thereafter disbursed pursuant to a restitution Order or other Order of this Court." *Id.*

Having reviewed the Government's unopposed Motion, finding good cause, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Government's Unopposed Motion to Deposit Funds into the Registry of the Court, ECF No. 293, is **GRANTED.**

- 2 -

Further, it is **ORDERED** that the Clerk of Court is **DIRECTED** to take receipt of any such restitution payment tendered by Defendant Anthony Thelen or his representative and deposit the funds into the Court Registry until further order of this Court.

Dated: October 17, 2025                              s/Thomas L. Ludington
                                                      THOMAS L. LUDINGTON
                                                      United States District Judge