# MAST, FOULDS & CO., P.C.
### CERTIFIED PUBLIC ACCOUNTANTS

3.3

# MEMORANDUM

**DATE:** December 23, 2009

**TO:** Courtney
Surveying Solutions, Inc.

**FROM:** Steve Grzesiak, CPA
Sandy Slominski, CPA

**SUBJECT:** Bonuses & Loans – Owners

You have already borrowed $150,000 each from the company. We recommend bonuses and withholding as follows:

|  | Jeff | Brian | Guy | Tony |
|---|---|---|---|---|
| Bonus | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 |
| 401(k) w/h | (7,300.00) | (7,500.00) | (15,450.00) | (5,000.00) |
| Taxable wages | 292,700.00 | 292,500.00 | 284,550.00 | 295,000.00 |
| FICA | - | - | - | - |
| Med | 4,350.00 | 4,350.00 | 4,350.00 | 4,350.00 |
| Fed Inc Tax | 80,000.00 | 80,000.00 | 87,000.00 | 85,000.00 |
| MI Inc Tax | 10,000.00 | 10,000.00 | 10,000.00 | 8,050.00 |
| LOAN PMT | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 |
| Net Pay | 48,350.00 | 48,150.00 | 33,200.00 | 47,600.00 |

This will pay off the loans taken earlier and give you an additional $150,000. As you can see, much of the $150,000 additional will be deducted to cover tax estimates. These are only estimates at this point. We will revise this according to your individual situations once the amount of bonus is finalized.

**GOVERNMENT EXHIBIT A**

We have also prepared these numbers to reflect 401(k) contributions for spouses as follows:

|  |  | BETHANY | JESSICA | LEZLEE | CELENA |
|---|---|---|---|---|---|
| GrossWage |  | $17,866.81 | $17,866.81 | $17,866.81 | $17,866.81 |
| 401K W/H |  | (16,500.00) | (12,300.00) | (15,450.00) | (5,900.00) |
|  | Taxable Wages | 1366.81 | 5,566.81 | 2,416.81 | 11,966.81 |
| FICA |  | 1,107.74 | 1,107.74 | 1,107.74 | 1,107.74 |
| MED |  | 259.07 | 259.07 | 259.07 | 259.07 |
| FIT |  | 0.00 | 4,200.00 | 1,050.00 | 5,600.00 |
| MIT |  | 0.00 | 0.00 | 0.00 | 5,000.00 |
|  | NET PAY | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

As we have discussed in the past, do not override what Quickbooks figures for the FICA and Social Security on these checks.

Let us know if you have any questions.