UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,          No. 1:23-cr-20676-TLL

vs.                                  Hon. Thomas L. Ludington

D-5  ANTHONY THELEN,

                Defendant.

### DEFENDANT THELEN'S
### MOTION FOR DOWNWARD VARIANCE

NOW COMES the defendant, Anthony Thelen, by and through his attorneys, WILLEY & CHAMBERLAIN LLP and ROGERS & ASSOCIATES PC, and hereby moves for a downward variance from the advisory sentencing guidelines range.

This motion is supported by the sentencing memorandum filed on November 13, 2025.  ECF No. 316.

Respectfully Submitted,

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant Thelen

  *s/ Charles E. Chamberlain, Jr.*
_____
Charles E. Chamberlain, Jr. (P33536)

300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503-2314
(616) 458-2212
cec@willeychamberlain.com

ROGERS & ASSOCIATES PC
Attorneys for Defendant Thelen

  *s/ Brian P. Lennon*
_____
Brian P. Lennon (P47361)

32255 Northwestern Highway, Suite 190
Farmington Hills, Michigan 48334
(248) 702-6350
blennon@healthlex.com

November 14, 2025