UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                       Case No. 23-CR-20676
                                          Hon. Thomas L. Ludington

BRIAN BARTLETT,

      Defendant.
_____/

**ERRATA SHEET TO DEFENDANT'S SENTENCING MEMORANDUM**

The following error in the previously filed Sentencing Memorandum has come to undersigned counsel's attention and they wish to now correct.

The first paragraph on Page Fourteen reads as follows:

> In the writers' view, a further downward variance, to a noncustodial sentence would be appropriate here, in light of Mr. Bartlett's, acceptance of responsibility, dedication to the community, and, most particularly, to allow him to continue his caregiving role with his developmentally disabled son, Grant - a role which, as the
> letters point out, is both invaluabl
> 2e to his son, and to his wife as well, since it provides her with much-needed respitefrom her own duties in regard to Grant's care.

ECF No. 314, PageID 4030

When in fact it should read as follows:

In the writers' view, a further downward variance, to a noncustodial sentence would be appropriate here, in light of Mr. Bartlett's, acceptance of responsibility, dedication to the community, and, most particularly, to allow him to continue his caregiving role with his developmentally disabled son, Grant - a role which, as the letters point out, is both invaluable to his son, and to his wife as well, since it provides her with much-needed respitefrom her own duties in regard to Grant's care.

Counsel apologize to the Court for this error.

       Respectfully submitted,

| | |
|---|---|
| s/Mark J. Kriger | s/James W. Amberg |
| LaRene & Kriger, PLC | Amberg & Amberg |
| 2400 Guardian Building | 32121 Woodward Ave. |
| 500 Griswold St. | Suite PH |
| Detroit, Michigan 48226 | Royal Oak, MI 48073 |
| (313) 967-0100 | (248) 681-6255 |

DATED: November 14, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on  I caused the foregoing paper to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.  I also served a copy via email on Keith M. Stotts, United States Probation Officer.

s/Mark J. Kriger
LaRene & Kriger, PLC
2400 Guardian Building
500 Griswold St.
Detroit, Michigan 48226
(313) 967-0100
E-mail: mkriger@sbcglobal.net
