UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

        Plaintiff,

v.

Andrew Semenchuk (D-2),

        Defendant.

Case No. 23-cr-20676

Hon. Thomas L. Ludington
United States District Judge

**Stipulation and Order
To Seal Sentencing Exhibit**

The United States and Defendant Andrew Semenchuk hereby stipulate to an Order directing the Clerk to seal the Exhibit filed as an attachment to Defendant Semenchuk's sentencing memorandum. The sentencing memorandum is filed as ECF document number 304, and the Exhibit is designated as ECF document number 304-1. The exhibit contains personal identifying information that should not remain public. The matter was raised at the remote status conference held on 12 November

2025, and the Court indicated at that time that it would grant the stipulated relief.

The Parties therefore stipulate and agree that the Court should order the Clerk to seal filing number 304-1.

Dated: 14 November 2025

s/ Karen L. Reynolds (with Consent)
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
313-226-900
karen.reynolds@usdoj.gov

s/ Daniel L. Gerdts
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612-800-5086
daniel@danielgerdtslaw.com

**IT IS SO ORDERED.**

Dated: November 17, 2025

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

- 2 -