UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN  DIVISION

United States of America,

               Plaintiff,             Case No. 1:23-cr-20676
                                      Honorable Thomas L. Ludington

vs.

D-5 Anthony Thelen,

               Defendant.

---

**Certificate of Service**

---

It is hereby certified that service of the **Notice of Stipulated Preliminary Order of Forfeiture** and this **Certificate of Service** has been made on November 18, 2025, upon the following by certified and regular U.S. mail:

| | |
|---|---|
| Union Bank<br>Edith Farrell<br>Attn: Legal Department<br>933 Fourth Avenue<br>Lake Odessa, Michigan 48849 | Union Bank<br>c/o Sandy Boyer, Resident Agent<br>933 Fourth Avenue<br>Lake Odessa, Michigan 48849 |

                                        S/K. Craig Welkener
                                        K. Craig Welkener (DC 1033585)
                                        Assistant United States Attorney
                                        211 W. Fort Street, Suite 2001
                                        Detroit, MI 48226
                                        (313) 226-0248
                                        Kenton.Welkener@usdoj.gov