UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                      Case No. 23-cr-20676
                                            Hon. Thomas L. Ludington

BRIAN BARTLETT

      Defendant.
_____/

## STIPULATION AMENDING JUDGMENT IN A CRIMINAL CASE
## AND EXTENDING REPORTING DATE

The above captioned parties, through their respective attorneys, William J. Vailliencourt, Jr. and Mark J. Kriger, stipulate as follows:

1. On November 20, 2025, defendant was sentenced to, *inter alia*, 1 year and one day imprisonment. The Judgment in a Criminal Case was entered on November 20, 2925. R.E. 333.

2. At defendant's sentencing, counsel for defendant did not request that this Court recommend a designated institution. Upon further investigation, however, defendant would like to serve his period of incarceration at FPC Morgantown.

2. Defendant is currently designated to serve his term of imprisonment at FCI Milan and is to report to the designated institution on February 13, 2026.

3. The Judgment of sentence shall be amended to state:

> **The court makes the following recommendations to the Bureau of Prisons:**
>
> **Designation to FCI Morgantown, in Morgantown, West Virginia**

4. Defendant's reporting date shall be extended to March 16, 2026 in order to provide the Bureau of Prisons with sufficient time to determine whether it is appropriate to redesignate defendant to FCI Morgantown.

| | |
|---|---|
| s/William J. Vailliencourt, Jr. w/ permission | s/ Mark J. Kriger |
| WILLIAM J. VAILLIENCOURT, JR. | MARK J. KRIGER (P30298) |
| Assistant United States Attoreny | Attorney for Defendant Bartlett |
| 211 W. Fort Street, Suite 2001 | 500 Griswold, Suite 2400 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| 313-226-9100 | 313-967-0100 |
| Email: william.vailliencourt@usdoj.gov | Email: mkriger@sbcglobal.net |

DATED: January 22, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                              Case No.  23-cr-20676-4
                                                     Hon. Thomas L. Ludington

BRIAN BARTLETT,

       Defendant.
_____/

## ORDER AMENDING BOP DESIGNATION
## AND EXTENDING REPORTING DATE

Pursuant to the attached stipulation:

IT IS HEREBY ORDERED that the judgment of sentence in the above-captioned case is amended to indicate the following:

**The court makes the following recommendations to the Bureau of Prisons:**

**Designation to FCI Morgantown, in Morgantown, West Virginia**

IT IS FURTHER ORDERED that the Defendant's reporting date to the designated institution shall be extended to March 16, 2026 at noon.

Dated: February 9, 2026                          s/Thomas L. Ludington
                                                                        THOMAS L. LUDINGTON
                                                                          United States District Judge