UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                           Case No. 1:23-cv-20676

v.                                          Honorable Thomas L. Ludington
                                                United States District Judge

JEFFREY BARTLETT and
BRIAN BARTLETT,

        Defendant.
_____/

**ORDER GRANTING DEFENDANTS' AMENDED JOINT MOTION TO STAGGER SENTENCES**

On January 27, 2026, Defendants Jeffrey and Brian Bartlett submitted an unopposed Motion to Stagger Sentences. ECF No. 340. But on February 4, 2026, Defendants filed this Amended Joint Motion to Stagger Sentences, ECF No. 341, and filed an additional Motion to Withdraw their previous Motion, ECF No. 342. For the reasons stated in their Motion and this Court being otherwise fully advised in the premises, Defendants' Motion to Withdraw their previous Motion will be granted, the prior Motion will be withdrawn, and their Amended Motion to Stagger Sentences will be granted.

Accordingly, Defendants' joint Amended Motion to Stagger Sentences, ECF No. 341, is **GRANTED**.

Further, it is **ORDERED** that Jeffrey Bartlett is **DIRECTED** to report to his designated institution on November 16, 2026.

Further, it is **ORDERED** that if Defendant Brian Bartlett is released from his designated institution earlier than November 2026, counsel for Defendant Jeffrey Bartlett is to notify this

Court, who may enter an order requiring him to report to his designated institution prior to November 16, 2026.

Further, it is **ORDERED** that Defendants' prior Motion to Withdraw the prior Motion to Stagger, ECF No. 342, is **GRANTED**.

Further, it is **ORDERED** that Defendants' prior Motion to Stagger, ECF No. 340, is **WITHDRAWN**.

Dated: February 9, 2026                                     s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge