UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

        Plaintiff,

v.

Andrew Semenchuk (D-2),

        Defendant.

Case No. 23-cr-20676

Hon. David M. Lawson
United States District Judge

---

**Stipulation
To Amend Standard Conditions of Supervised Release**

---

The United States and Defendant Andrew Semenchuk hereby stipulate to an amendment to the Standard Conditions of Supervision set forth in the Amended Judgment in a Criminal Case. *See* ECF No. 331, PageID.4161. Specifically, standard condition number 3 – which provides that Defendant "must not knowingly leave the federal judicial district where [he is] authorized to reside without first getting permission from the court or the probation officer" – should be amended to restrict ordinary travel to the entire State of Michigan, rather than just the Eastern District of Michigan, considering the location of Defendant's residence and the significant inconvenience the standard condition would impose.

The Parties therefore stipulate and agree that standard condition of supervision

number 3 be amended to read: "You must not knowingly leave the state where you are authorized to reside without first getting permission from the court or the probation officer."

Dated: 6 May 2026

s/ K. Craig Welkener (with Consent)
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
313-269-4796
kenton.welkener@usdoj.gov

s/ Daniel L. Gerdts
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612-800-5086
daniel@danielgerdtslaw.com